IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK LAWLER,

Plaintiff,

v.

JOHNSON & JOHNSON et al.,

Defendants.                                          No. 06-CV-91-DRH

### ORDER

**HERNDON, District Judge:**

Pursuant to Administrative Order #87, signed by Chief Judge Murphy on February 17, 2006, the undersigned **TRANSFERS** this case to Chief Judge Murphy.  All further pleadings shall bear case number 06-CV-91-GPM.

**IT IS SO ORDERED.**

Signed this 21st day of February, 2006.


/s/        David   RHerndon
**United States District Judge**